**Opinion issued August 14, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00368-CV**

———————————

**EXCLUSIVE WIRELESS, INC., Appellant**

**V.**

**DEER CREEK LOTS 1, 3 AND 6 07 A, DEER CREEK LOTS 1, 3 AND 6 07 B, DEER CREEK LOTS 1, 3 AND 6 07 C, DEER CREEK LOTS 1, 3 AND 6 07 D EACH AS KANSAS LIMITED LIABILITY COMPANY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1028675**

---

**MEMORANDUM OPINION**

The parties have filed an agreed motion to remand. They represent that they have reached an agreement to settle this matter and request that we grant their

motion to remand pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). *See* Tex. R. App. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id*.

We dismiss all pending motions as moot.


**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.